J. W. SWENT and Ursula L. Swent, Husband and Wife, Appellants, v. UNITED STATES of America, Appellee.

No. 11526.

Circuit Court of Appeals, Ninth Circuit.

July 21, 1947.

Nathan Moran, of San Francisco, Cal., for appellant.

Sewall Key, Acting Asst. Atty. Gen., and Robert N. Anderson, C. Moxley Featherston, and Carlton Fox, Sp. Assts. to Atty. Gen., for appellee.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Commissioner v. Swent, 4 Cir., 155 F.2d 513, certiorari denied 329 U.S. 801, 67 S.Ct. 491, and Commissioner v. Fiske's Estate, 7 Cir., 128 F.2d 487, certiorari denied 317 U.S. 635, 63 S.Ct. 63, 87 L.Ed. 512.